7805.   ALLEN *v.* GERSHON & RUSKIN.

The verdict, although not without evidence to support it, was not ·demanded by the evidence; and therefore the· discretion of the trial judge in granting a first new trial will not be interfered with, even if the specific ·ground set out in his order was not a sufficient ground· for a new trial.

DECIDED MARCH 19, 1917.

Action on contract; from city court of Carrollton—Judge Beall. July 20, 1916.

*Smith, Reese & Smith,* for plaintiff.

*Boykin & Robinson,* for defendants.

GEORGE, J.   The order of the trial judge granting a first new trial in this case is as follows:   "The within motion for new trial having been submitted to me by counsel on both sides, without argument, and after a careful consideration of the case, I am convinced that it was error to admit the testimony of the witness W. L. Gray as follows: 'Mr. Ruskin told me that he could not employ me, because he had the Allen boys hired,' without stating what Allen boys, or stating whether the plaintiff was one of the Allen boys referred to or not.   I am of opinion that this was mistrial [material?] error authorizing a new trial.   Wherefore it is considered, ordered, and adjudged that a new trial of said case be and the same is hereby ordered."   The verdict obtained by the plaintiff was not demanded by the evidence, although·it is not

without evidence to support it. Even if the admission of the testimony recited in the foregoing order was not error, the discretion of the court in granting a first new trial will not be disturbed. Civil Code of 1910, § 6204; *Cox* v. *Grady,* 132 *Ga.* 368 (64 S. E. 262).

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*